**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | 25-cr-00455-GAW-2 |
| | : | |
| MUJAHID DAVIS | : | |

**ORDER**

**AND NOW**, this 22nd day of April, 2026, the Clerk's Office is directed to remove the Judicial Exhibits (Dkt. 60) from being filed under seal.

BY THE COURT:

GAIL A. WEILHEIMER, J